No. 88–1891. M & M Construction Co., Inc. v. Great American Insurance Co. Appeal from Ct. App. Tex., 13th Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–7460. Crumpacker v. Indiana et al. Appeal from Sup. Ct. Ind. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–1770. Westinghouse Electric Corp. v. Equal Employment Opportunity Commission. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Public Employees Retirement System of Ohio* v. *Betts*, 492 U. S. 158 (1989).

No. 88–2034. Denton et al. v. Hernandez. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Neitzke* v. *Williams*, 490 U. S. 319 (1989).

No. 88–7343. English et al. v. Siddens et al. C. A. 7th Cir. Motion of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Reed* v. *United Transportation Union*, 488 U. S. 319 (1989).